IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

**FILED**
JAN 03 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Dwaine J. Chapman SR
Plaintiff

-vs-

The Mountain Drive Thu
Defendant(s)

CASE NO. 1:22 CV 0014

JUDGE **JUDGE BARKER**

**MAG. JUDGE RUIZ**

COMPLAINT

1.) a) Plantiff, Dwaine J. Chapman SR / 73 East 2nd St., Mansfield, OH 44902
b.) Defendant, The Mountain Drive Thu 481 Springmill St / Mansfield, OH 44903

2.) The employee at the Mountain Drive Thu made false alligations, while calling the police, while assaulting me, damaging my vehicle, causing the loss of property, and pain and suffering. This violated my Constitutional Amendments. There was no damage on my behalf. No one hurt.

3.) The facts of this case is attached to packet.

4.) The relief desired by the plantiff is attached to packet.

Dwaine J. Chapman SR
73 East 2nd St
Mansfield, Ohio 44902

Statement of Claim and Facts

On or about October 13, 2021 I went through the Mountain Drive-Thru @ 481 Springmill St., Mansfield, Ohio 44903 multiple times to purchase items as I do daily, going it's around the corner from my residence. The female owner was offended that I always leave tips even though I leave tips with male staff because sometimes I may be short on purchase. Her friends ran out to my car as I went through paperwork in the parking lot and shouted "Stop leaving tips because she's married!" I ignored them and the next purchase at the Mountain Drive-Thru I informed her that I honor marriage and that I always leave tips, every drive-thru that I go to. She stated that she understood, and to never mind her friends.

Before going to visit my children and grandmother I went to The Mountain Drive-Thru again but wedged against water being stacked in the drive-thru path. I immediately stopped and stated that if there is any damage I would re-imburse them. I exited the vehicle and noticed no damage so I attempted to exit and discuss the matter. The owner darted in front of the parked car cursing and calling me names, while threatening to call the police. She then burst out my rear window, of the vehicle I was driving. Once the police arrived she had made fake allegations while also violating my Constitutional and Statutory rights. They then continued to damage the vehicle, as the tow company arrived.

① I recieved substantial losses, and have been incarcerated falsely.

Statement of Case and Facts

My dog, who was pregnant, was taken to the Richland County Dog Pound, adding to stress, pain, suffering and my expenses. There were no damages to The Mountain Drive-Thru' or any person during this alleged accident on myself, Dwaine J. Chapman Sr. This was also stated during my court proceed for case no. 2021TRC07788.

Dwaine J. Chapman Sr.
12/27/21
113 East 2nd St
Mansfield, Oh 44905